IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GABRIELLE R. CHAPIN,<br><br>    Plaintiff,<br><br>v.<br><br>CREDIT CONTROL SERVICES, INC. d/b/a<br>THE CCS COMPANIES d/b/a CCS,<br><br>    Defendant. | CIVIL ACTION NO. 4:18-cv-00996-AHB |

## AGREED MOTION TO CONTINUE TRIAL DEADLINES PENDING A RULING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, Gabrielle R. Chapin ("Plaintiff") and Defendant, Credit Control Services, Inc. d/b/a Credit Collection Services ("CCS"), through their undersigned counsel, jointly move the Court to continue the January 20, 2020 deadline to submit a joint pretrial order, docket call date of January 24, 2020, and the proposed trial date of January 27, 2020, in the above-styled matter.

The trial deadlines are set forth in the Court's Order Extending Deadlines (Doc. No. 36), entered on November 18, 2019. Pursuant to the procedures outlined in Judge Bennett's Court Procedures, the parties state as follows in support of their agreed motion:

The parties are awaiting disposition of CCS' motion for summary judgment ("Motion"). In consideration of judicial resources and expenses the parties would incur associated with trial preparation, the parties respectfully request the Court to set the docket call date 30 days following a ruling on the Motion.

Neither party would be prejudiced by a continuance of the joint pretrial order date, docket call and trial date in this matter, and the parties respectfully request that the Court grant their agreed motion.

5827129v1

| | |
|---|---|
| Dated:  January 8, 2020 | By: /s/ Nathan C. Volheim<br>Nathan C. Volheim, Esq. #6302103<br>SULAIMAN LAW GROUP, LTD.<br>2500 S. Highland Ave., Ste. 200<br>Lombard, IL 60148<br>(630) 575-8181 x 113 (phone)<br>(630) 575-8188 (fax)<br>nvolheim@sulaimanlaw.com<br><br>**Attorneys for Plaintiff** |
| Dated:  January 8, 2020 | By: /s/ Sarah E. Doerr<br>Sarah E. Doerr (Minn. Bar #338679)<br>Michael S. Poncin (Minn. Bar #296417)<br>MOSS & BARNETT<br>150 South Fifth Street, Suite 1200<br>Minneapolis, MN 55402<br>Telephone:  (612) 877-5297<br>Fax:  (612) 877-5024<br>Sarah.Doerr@lawmoss.com<br>Mike.Poncin@lawmoss.com<br><br>John W. Bowdich (SBN 00796233)<br>BOWDICH & ASSOCIATES, PLLC<br>10440 N. Central Expy., Suite 1540<br>Dallas, Texas 75231<br>(214) 307-9500 – Telephone<br>(214) 307-5137 – Telecopy<br>jbowdich@bowdichlaw.com<br><br>**Attorneys for Defendant** |